IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LISTON RICHARDSON, AIS # 167224,** | : |
| **Plaintiff,** | : |
| vs. | : CIVIL ACTION 09-0136-WS-C |
| **TOMMY TATE,** *et al.***,** | : |
| **Defendants.** | : |
| | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice, prior to service of process, pursuant to 28 U.S.C. § (e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**DONE** this 25th day of August, 2011.

s/ WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**